AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America ex rel<br>Elaine Joseph, and Elaine Joseph Individually<br><br>*Plaintiff(s)*<br>v.<br>Kevin C. King, Sheila A. King, and Kevin Logan King<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-01225-JCZ-DPC   A (2) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sheila A. King
207 CYPRESS GROVE CT
NEW ORLEANS LA 70131


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Hannah Adams
Southeast Louisiana Legal Services
1340 Poydras St. Suite 600
New Orleans, LA 70112


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date: Feb 07 2023

Carol L. Michel
Name of clerk of court

*/s/ Cheryl M. Gee*
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01225-JCZ-DPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheila A. King
was received by me on *(date)* 2/07/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Kevin C. King, a person of suitable age and discretion who resides there, on *(date)* 2/15/2023, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02 / 15 / 2023

*Server's signature* (Clare Fitzpatrick)

Clare Fitzpatrick, Executive Assistant SLLS
*Printed name and title*

1340 Poydras St. Ste 600, New Orleans, LA 70112
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America ex rel<br>Elaine Joseph, and Elaine Joseph Individually<br><br>*Plaintiff(s)*<br>v.<br>Kevin C. King, Sheila A. King, and Kevin Logan King<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-01225-JCZ-DPC  A (2) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin C. King
207 CYPRESS GROVE CT
NEW ORLEANS LA 70131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hannah Adams
Southeast Louisiana Legal Services
1340 Poydras St. Suite 600
New Orleans, LA 70112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

Date: **Feb 07 2023**

*Deputy clerk's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01225-JCZ-DPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kevin C. King**
was received by me on *(date)* **2/07/2023** .

☑ I personally served the summons on the individual at *(place)* **207 Cypress Grove Ct., New Orleans, LA 70131**
on *(date)* **2/15/2023** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **02 / 15 / 2023**

*Clare Fitzpatrick*
Server's signature

Clare Fitzpatrick, Executive Assistant SLLS
Printed name and title

1340 Poydras St. Ste 600, New Orleans, LA 70112
Server's address

Additional information regarding attempted service, etc: