UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ELAINE JOSEPH, and ELAINE JOSEPH, individually, | CIVIL ACTION |
| | Docket No. 22-1225 |
| Plaintiffs, | District Judge: Hon. Judge Jay C. Zainey (Section A) |
| v. | |
| KEVIN C. KING, SHEILA A. KING, and KEVIN LOGAN KING, | Magistrate Judge: Hon. Judge Donna Phillips Currault (Div. 2) |
| Defendants. | |

## MOTION TO COMPEL DISCOVERY

NOW INTO COURT comes Plaintiff/Relator ELAINE JOSEPH, through undersigned counsel, and respectfully moves for this Court to issue an order compelling outstanding discovery. As described in Plaintiffs' memorandum in support, the outstanding discovery concerns documents and information that Plaintiff needs to prepare for trial. Defendant has failed to provide timely responses, and in some cases respond at all, to the discovery requests at issue.

Respectfully submitted by:

Southeast Louisiana Legal Services

By:_/s/ Hannah D. Adams_____
Hannah D. Adams, LSBA # 36343
1340 Poydras St. Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1000 x 258
Fax: (504) 596-2241
hadams@slls.org
*Attorney for Defendant/Relator Elaine Joseph*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent to Defendant through counsel of record through the CM/ECF electronic notice system on the 7th day of November, 2023.

/s/ Hannah D. Adams

Hannah Adams, LSBA # 36343