

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ELAINE JOSEPH, and ELAINE JOSEPH, individually, | CIVIL ACTION |
| | Docket No. 22-1225 |
| Plaintiffs, | District Judge: Hon. Judge Jay C. |
| v. | Zainey (Section A) |
| KEVIN C. KING, SHEILA A. KING, and KEVIN LOGAN KING, | Magistrate Judge: Hon. Judge Donna Phillips Currault (Div. 2) |
| Defendants. | |

## DECLARATION OF HANNAH ADAMS

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

**I, Hannah Adams, declare as follows:**

1. On May 8, 2023 I issued eight interrogatories and nineteen document requests to Defendants.

2. My discovery requests are attached as Exhibit A-1.

3. The parties held a discovery conference on June 20, 2023, in which Defense Counsel agreed to provide discovery responses by June 22, 2023.

4. The email memorializing the discovery conference is attached as Exhibit A-2.

5. On June 23, 2023 I received discovery responses, including responses to the Requests for Production of Documents.

6. The response I received to our document request is attached as Exhibit A-3.

7.   After learning of the possible existence of certain outstanding discovery items at a
     deposition of Sheila King on October 10, 2023, I emailed Defense Counsel a list of
     outstanding discovery on October 10, 2023.

8.   The email is attached as Exhibit A-4.

9.   The parties held another discovery conference on October 25, 2023, wherein Defense
     Counsel agreed to provide any outstanding responsive documents by November 3, 2023.

10.  The email memorializing this discovery conference is attached as Exhibit A-5. I redacted
     a portion of the email pertaining to settlement.

11.  To date I have not received the requested responsive documents.

I declare under penalty of perjury that the forgoing statements are true and correct. Executed this
_7_ day of _November_, 2023, in the United States.

_____
Hannah Adams

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**EXHIBIT**
**A-1**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ELAINE JOSEPH, and ELAINE JOSEPH, individually, | **CIVIL ACTION** |
|  | Docket No. 22-1225 |
| Plaintiffs, | District Judge: Hon. Judge Jay C. Zainey (Section A) |
| v. |  |
| KEVIN C. KING, SHEILA A. KING, and KEVIN LOGAN KING, | Magistrate Judge: Hon. Judge Donna Phillips Currault (Div. 2) |
| Defendants. |  |

TO:
Sheila A. King and Kevin C. King
Through Attorney of Record Belhia V. Martin
1340 Poydras St. Suite 1770
New Orleans, LA 70112

**PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff and Relator Elaine Joseph, who respectfully request that Defendant answer the following interrogatories fully, completely, and in writing, under oath pursuant to Fed.R. Civ. P. 33 within the delays allowed by law.

**GENERAL INSTRUCTIONS:**

A.  When asked to identify an individual, please provide that individual's name, current address, and current telephone number.

B.  In answering these interrogatories, you are required to furnish all information which is available to you, including information in the possession of your agents, representatives, or any organization acting on your behalf.

1

C. If you cannot answer any of the following interrogatories in full, after exercising due diligence to secure the information to do so, answer to the extent possible, specify the reason for your inability to furnish a complete answer, and describe in full your efforts to obtain the information requested. If a qualified answer must be given, answer the Interrogatory as directly and fully as possible and state fully the reason a qualification is necessary.

D. Each interrogatory calls not only for your knowledge, but also for all knowledge that is available to you through reasonable inquiry, including inquiry of your representative(s) or agent(s). If the answer or a portion of any answer to any interrogatory is not made from the personal knowledge of the person answering, please identify each person from whom or document from which information was obtained to make the particular answer and identify each person having personal knowledge of such information.

E. If you withhold information, based on a claim that such information is privileged, you must (1) state the exact nature of the privilege you are claiming, and (2) support your claim by describing the nature of the information you are withholding in the form of a privilege log.

F. These requests are deemed continuing so as to require supplemental responses pursuant to Fed.R.Civ.P. 26(e).

**INTERROGATORY NO. 1:**

Please identify the individual responding to these interrogatories.

**INTERROGATORY NO. 2:**

Does Sheila A. King and/or Kevin C. King have a liability insurance policy that may indemnify them for all or part of Plaintiff's claim? If so please provide the following

information:

    a.  Name and contact information for insurance company; and

    b.  Policy number.

**INTERROGATORY NO. 3:**

      Please provide a list of individuals who may have knowledge relevant to this proceeding including their name, organizational affiliation if applicable, phone number, and physical address.

**INTERROGATORY NO. 4:**

      At any point during Ms. Joseph's tenancy at 5298 Tullis Dr. did Defendants charge and/or accept any money from Ms. Joseph, or from anyone acting on her behalf, for payment of rent in excess of her HANO Tenant Portion?

**INTERROGATORY NO. 5:**

      Please provide a detailed description of the conversation and/or interaction described in Affirmative Defense 1(c): "[t]he Relator/Plaintiff in this action planned and initiated the violation of section 3729 upon which the action was brought, namely, by stating to the defendants that she received Section 8  benefits through leases with other Landlords, and paid often paid (sic) an amount over the allocated Resident rent with no repercussions with the State of Federal Agencies (sic), and suggested that the defendants should do the same." Please include in your description when this conversation and/or interaction occurred, which individuals were party to the conversation and/or interaction, and whether any records exist regarding the conversation and/or interaction.

**INTERROGATORY NO. 6:**

Please provide a list of itemized deductions made from Ms. Joseph's security deposit that justify Defendants' withholding of the entire deposit.

**INTERROGATORY NO. 7:**

Did you, your agents, or your contractors conduct any repairs or maintenance work to 5298 Tullis Dr. in the year prior to, or during Ms. Joseph's tenancy?  If so please list:

   A.  The date and description of any repair or maintenance work done;

   B.  All photographic and other evidence that you have proving these efforts were made;

   C.  The name and contact information of the contractor or company that completed the repairs;

   D.  All written or oral communications made, or documentation exchanged with the contractor or company hired regarding the habitability issue or repair, including but not limited to reports, work orders, invoices, emails, and payment receipts; and

   E.  All communications, written or oral, made to Ms. Joseph regarding these repairs, including the dates of each communication.

**INTERROGATORY NO. 8:**

Did the premises undergo inspection by any federal, state, or local agency, or private company or organization, during Defendants' ownership of the property? If so, please list:

   A.  What agency, company, or organization conducted the inspection;

   B.  The date of the inspection and whether the inspection passed or failed;

   C.  If the inspection failed, what items were identified as requiring repair;

   D.  If the property was subject to re-inspection, the date of the re-inspection and whether the re-inspection passed or failed.

4

Respectfully submitted:

By:_/s/ Hannah D. Adams_____
Hannah D. Adams, LSBA # 36343
1340 Poydras St. Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1000 x 258
Fax: (504) 596-2241
hadams@slls.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing interrogatories was sent to Defendant through counsel of record by first class and electronic mail on the 8th day of May, 2023.

*/s/ Hannah Adams*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ELAINE JOSEPH, and ELAINE JOSEPH, individually,<br><br>        Plaintiffs,<br>   v.<br><br>KEVIN C. KING, SHEILA A. KING, and KEVIN LOGAN KING,<br><br>        Defendants. | CIVIL ACTION<br><br>Docket No. 22-1225<br><br>District Judge: Hon. Judge Jay C. Zainey (Section A)<br><br>Magistrate Judge: Hon. Judge Donna Phillips Currault (Div. 2) |

TO:
Sheila A. King and Kevin C. King
Through Attorney of Record Belhia V. Martin
1340 Poydras St. Suite 1770
New Orleans, LA 70112

**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff and Relator, Elaine Joseph, who respectfully request that Defendant provide the following documents pursuant to Fed.R. Civ. P. 34 within the delays allowed by law.

**DEFINITIONS**

"Communications" means any communication whatsoever for which a record exists, including but not limited to written letters, electronic mail, text messages, and recorded phone calls or voicemails.

"Documents" means all written, recorded, photographic, or graphic matter of any kind, including but not limited to data held in electronic data processing equipment, correspondence,

6

memoranda, telegrams, transcripts, stenographic or handwritten notes, studies, evaluations, analyses, reports, reviews, working papers, books, pamphlets, charts, pictures, photographs, video or audio tapes, voice recordings, computer tapes, printouts or cards, microfilming or microfiches, and any papers on which words have been written, printed, typed or otherwise affixed, including all non-identical drafts of the same, and all other materials encompassed by Fed. R. Civ. P. 34(a) or Fed.R.Evid. 1001.

"Sufficient to show" means documents or responses sufficient to provide a true and correct disclosure of the factual matter identified in the request. For example, though "documents" would include all non-identical copies, they are not all being requested.

## GENERAL INSTRUCTIONS

A. If you withhold information based on a claim that such information is privileged, you must (1) state the exact nature of the privilege you are claiming, and (2) support your claim by describing the nature of the information you are withholding in the form of a privilege log.

B. These requests are deemed continuing so as to require supplemental responses pursuant to Fed.R.Civ.P. 26(e).

C. You are responsible for providing responsive documents pursuant to the definition above that are in your possession, custody, or control. Control extends to materials which Defendants have the legal right to obtain even though in fact it has no copy.

**REQUEST NO. 1:**

Please provide any insurance policy responsive to Interrogatory No. 2.

**REQUEST NO. 2:**

7

Please provide all documents that show communications between Defendants and Ms. Joseph and/or Ms. Joseph's family members that reflect, refer to, discuss, or relate in any way to Ms. Joseph's rental of 5298 Tullis Dr. and/or her Housing Choice Voucher assistance.

**REQUEST NO. 3:**

Please provide all documents that show communications between Defendants and the Housing Authority of New Orleans that reflect, refer to, discuss, or relate in any way to Ms. Joseph's rental of 5298 Tullis Dr. and/or her Housing Choice Voucher assistance.

**REQUEST NO. 4:**

Please provide all documents provided to or received from the Housing Authority of New Orleans or any other entity in connection with Ms. Joseph's rental of 5298 Tullis Dr., through the Housing Choice Voucher program.

**REQUEST NO. 5:**

Please provide all draft and final lease agreements and/or rental agreements between Elaine Joseph and Defendants for the rental of 5298 Tullis Dr.

**REQUEST NO. 6:**

Please provide documents sufficient to show all payments made by Ms. Joseph and/or any person or entity on her behalf to Defendants pursuant to her tenancy at 5298 Tullis Dr., and the purpose of the payments. Documents sought include but are not limited to receipts, money order copies, bank records, and/or payment ledgers.

**REQUEST NO. 7:**

Please provide documents sufficient to show all repair or maintenance work conducted at 5298 Tullis Dr. during the year prior to Ms. Joseph's tenancy, and during Ms. Joseph's tenancy, including but not limited to work orders, invoices, receipts, written communication with

8

contractors or other professionals, emails, notes, photographs, and videos taken at the leased premises.

**REQUEST NO. 8:**

Please provide documents sufficient to show all repair or maintenance requests received from Ms. Joseph or anyone on her behalf during her tenancy at 5298 Tullis Dr.

**REQUEST NO. 9:**

Please provide documents sufficient to show any inspections made of 5298 Tullis Dr. by federal, state, or local agencies, or private companies, from the year prior to Ms. Joseph's tenancy through the end of her tenancy.

**REQUEST NO. 10:**

Please provide all photos and videos taken of the leased premises at 5298 Tullis Dr. during Ms. Joseph's tenancy, including the associated metadata showing when the photo or video was taken.

**REQUEST NO. 11:**

Please provide documents sufficient to show all deductions made from Ms. Joseph's security deposit, including but not limited to photos documenting damage above normal wear and tear, work orders, invoices, receipts, written communication with contractors or other professionals, emails or notes.

**REQUEST NO. 12:**

Please provide any documents that support your allegation in Affirmative Defense 1(c) that "[t]he Relator/Plaintiff in this action planned and initiated the violation of section 3729 upon which the action was brought, namely, by stating to the defendants that she received Section 8 benefits through leases with other Landlords, and paid often paid (sic) an amount over the

allocated Resident rent with no repercussions with the State of Federal Agencies (sic), and suggested that the defendants should do the same."

**REQUEST NO. 13:**

Please provide all documents that support your allegation in Affirmative Defense 2(b) that "[t]he Relator failed to maintain the leased property and left it unclean with trash and debris" including but not limited to photos, videos, invoices or work orders.

**REQUEST NO. 14:**

Please provide all documents that support your allegation in Affirmative Defense 2(d) that "[t]he Relator breached the lease agreement by failing to pay the agreed deposit and rent in a timely manner, thereby giving the false impression that extra money was being paid over and above the Section 8 agreement."

**REQUEST NO. 15:**

Please provide all documents that support your allegation in Affirmative Defense 2(e) that "[t]he Relator left the leased property still owing the Defendants money for rent."

**REQUEST NO. 16:**

Please provide all documents that support your allegation in Affirmative Defense 2(f) that "[t]he defendants have suffered mental anguish as a result of the actions of Realtor/Plaintiff and of having to answer this lawsuit."

**REQUEST NO. 17:**

Please provide all documents that Defendants will use to support any defenses in this matter.

**REQUEST NO. 18:**

10

Please provide all documents that Defendants will use to support any claims, counterclaims and/or cross-claims in this matter.

**REQUEST NO. 19:**

Please provide all documents that Defendant will use at trial and/or in any motion in this matter.

Respectfully submitted:

By:_/s/ Hannah D. Adams_____
Hannah D. Adams, LSBA # 36343
1340 Poydras St. Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1000 x 258
Fax: (504) 596-2241
hadams@slls.org

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing requests for production were sent to Defendant through counsel of record by first class and electronic mail on the 8th day of May, 2023.

*/s/ Hannah Adams*
Hannah Adams, Esq.

**EXHIBIT A-2**

M Gmail

Hannah Adams <hadams@slls.org>

---

## 22-cv-1225 Joseph v. King discovery

**Hannah Adams** <hadams@slls.org>                                    Tue, Jun 20, 2023 at 1:00 PM
To: BELHIA MARTIN <belhiamartin@bellsouth.net>

Ms. Martin,

Per our discovery conference just now, you agreed to get me responses to the overdue discovery by Thursday 6/22.

Thanks, and hope all works out with your daughter.

Hannah Adams, Esq.

Staff Attorney

Southeast Louisiana Legal Services

hadams@slls.org

(504) 529-1000 x. 258

*Pronouns: she/her/hers*

**Confidentiality Notice**

This electronic mail transmission and the documents accompanying it might contain confidential information belonging to the sender and protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any use of or action in reliance on the contents of this transmission is strictly prohibited.

**IF YOU RECEIVED THIS TRANSMISSION IN ERROR**, PLEASE NOTIFY US IMMEDIATELY.

---

On Tue, Jun 13, 2023 at 9:20 PM Hannah Adams <hadams@slls.org> wrote:
Thanks, and hope you feel better.

Hannah Adams, Esq.

Staff Attorney

Southeast Louisiana Legal Services

hadams@slls.org

(504) 529-1000 x. 258

*Pronouns: she/her/hers*

**Confidentiality Notice**

This electronic mail transmission and the documents accompanying it might contain confidential information belonging to the sender and protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any use of or action in reliance on the contents of this transmission is strictly prohibited.

**IF YOU RECEIVED THIS TRANSMISSION IN ERROR**, PLEASE NOTIFY US IMMEDIATELY.



**UNITED STATES DISTRICT COURT**
**ESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA, ex. Rel.** | ) | **CIVIL ACTION** |
| **ELAINE JOSEPH, and ELAINE JOSEPH,** | ) | |
| Individually, | ) | **Docket No. 22-cv** |
| | ) | **1225** |
| **Plaintiffs.** | ) | **District Judge:** |
| **v.** | ) | **Sect A** |
| | ) | |
| **KEVIN C. KING, SHEILA A. KING, and** | ) | **Magistrate Judge:** |
| **KEVIN LOGAN KING,** | ) | **Mag. 2** |
| | ) | |
| **Defendants.** | ) | **FILED UNDER** |
| | ) | **SEAL PURSUANT** |
| | ) | **TO 31 U.S.C.** |
| | ) | **§ 3730(b)(2)** |
| | ) | |

**DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST SET OF**
**REQUEST FOR PRODUCTION**

**TO:** **United States of America, ex Rel. Elaine Joseph, and**
**Elaine Joseph, Individually through their Attorney of Record**
**HANNAH ADAMS**
**1340 Poydras St. Suite 600**
**New Orleans, Louisiana 70112**
**Telephone: (504) 529-1000, ext. 258**
**Fax: (504) 596-2241**
**hadams@slls.org**

**NOW INTO COURT**, through undersigned counsel come the Defendants,

SHEILA A. KING and KEVIN C. KING, also described in the Petition as

KEVIN LOGAN KING (hereinafter Kevin King), who answer Plaintiffs' First

Set of Request for Production of Documents as follows:

**ANSWER TO REQUEST NO. 1**

See King Insurance Policy Declaration Page for 2018-2019 and 2019-2020

enclosed/attached.

**King Answer to Request for Documents page 2**

### ANSWER TO REQUEST NO. 2

See Answer to Request No. 2  King versus Joseph 2nd City Court Case No.2020-00618 Rule for

Possession of Premises and Notice of Judgment

### ANSWER TO REQUEST NO. 3

See Answer to Request No. 3 HANO communications re Vouchers and Rent Amounts

### ANSWER TO REQUEST NO. 4

See Answer to Request No. 4 HAP Contract re Voucher program (12 pages)

### ANSWER TO REQUEST NO. 5

See Answer to Request No. 5 Lease

### ANSWER TO REQUEST NO. 6

See Answer to Request No 6 Rent Receipts (15 pages)

### ANSWER TO REQUEST NO. 7

Not available currently.  Will supply when available.

### ANSWER TO REQUEST NO. 8

Not available currently.  Will supply when available.

### ANSWER TO REQUEST NO. 9

Not available currently.  Will supply when available.

### ANSWER TO REQUEST NO. 10

See Answer to Request No. 10 Move Out Photos of 5298 Tullis Dr. Joseph Tenancy

### ANSWER TO REQUEST NO. 11

See Answer to Request No. 6 Rent Receipts (15) pages.

### ANSWER TO REQUEST NO. 12

Will be provided through testimony by Sheila King and Kevin King and any other Witness

**King Answer to Request for Documents page 3**

### ANSWER TO REQUEST NO. 13

See Answer to Request No. 10 Move Out Photos of 5298 Tullis Dr. Joseph Tenancy Supplied in PDF and QR Code.

### ANSWER TO REQUEST NO. 14

See Answer to Request No. 6 Rent Receipts and Testimony of Kevin King and Sheila King and any other Witness.

### ANSWER TO REQUEST NO. 15

Testimony of Kevin King and Sheila King and the documents of any other Witness and his or her Testimony

### ANSWER TO REQUEST NO. 16

Testimony of Kevin King and Sheila King

### ANSWER TO REQUEST NO. 17

See supporting Documents of Answers to Request for Production of Documents and any other Documents to be supplemented. Possibly other Documents submitted through Rule 26 and other documents submitted by any other Witness or Defendants.

### ANSWER TO REQUEST NO. 18

See supporting Documents of Defendants' Answers to Request for Production of Documents and any other Documents to be supplemented. Possibly other Documents submitted through Rule 26 and other documents submitted by any other Witness or Defendants.

### ANSWER TO REQUEST NO. 19

See supporting Documents of Defendants' Answers to Request for Production of Documents and any other Documents to be supplemented. Possibly other Documents submitted through Rule 26 and other documents submitted by any other Witness or Defendants.

The Defendants Kevin King and Sheila King, reserve the right to supplement their Answers to the

Defendants' First Request for Production of Documents.

Respectfully Submitted,

_____
Belhia V. Martin, LA # 08968
Attorney Belhia V. Martin, L.L.C.
1340 Poydras Street
Suite 1770
New Orleans, LA 70112
Direct: (504) 813-0658
Office: (504) 399-1199
Facsimile: (877) 783-7673
Email: belhiamartin@bellsouth.net
Attorney for Sheila King and Kevin King

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June 2023, a copy of the foregoing pleading was served on

all parties of record by facsimile transmission or by placing a copy thereof in the United States

mail properly addressed and first-class postage prepaid.

_____
**BELHIA V. MARTIN**

**EXHIBIT A-4**

M Gmail

Hannah Adams <hadams@slls.org>

---

## Joseph v. King: Deposition follow-up

**Hannah Adams** <hadams@slls.org>                                          Tue, Oct 10, 2023 at 3:53 PM
To: BELHIA MARTIN <belhiamartin@bellsouth.net>

Good afternoon Ms. Martin,

Thank you for making Ms. King available for deposition today. Ms. King stated that the following documents may be responsive to our discovery requests.

1. Bank statements and deposit images from Kevin King showing money order deposits from 9/2015-9/2020, as well as any additional receipt book or other payment records that may be in the possession of Kevin King. This is necessary because Ms. King could not identify which payments were made from her receipt book. This is responsive to:
REQUEST NO. 6:
Please provide documents sufficient to show all payments made by Ms. Joseph and/or any person or entity on her behalf to Defendants pursuant to her tenancy at 5298 Tullis Dr., and the purpose of the payments. Documents sought include but are not limited to receipts, money order copies, bank records, and/or payment ledgers.

2. Documentation from plumber or other worker who inspected the upstairs bathroom and determined there was a leak from the bathtub. This is responsive to:
REQUEST NO. 7:
Please provide documents sufficient to show all repair or maintenance work conducted at 5298 Tullis Dr. during the year prior to Ms. Joseph's tenancy, and during Ms. Joseph's tenancy, including but not limited to work orders, invoices, receipts, written communication with contractors or other professionals, emails, notes, photographs, and videos taken at the leased premises.

3. Documentation from professional who completed AC repairs. This is responsive to:
REQUEST NO. 7:
Please provide documents sufficient to show all repair or maintenance work conducted at 5298 Tullis Dr. during the year prior to Ms. Joseph's tenancy, and during Ms. Joseph's tenancy, including but not limited to work orders, invoices, receipts, written communication with contractors or other professionals, emails, notes, photographs, and videos taken at the leased premises.

4. Any photos showing condition of property when Ms. Joseph first moved into the property. This is responsive to:
REQUEST NO. 10:
Please provide all photos and videos taken of the leased premises at 5298 Tullis Dr. during Ms. Joseph's tenancy, including the associated metadata showing when the photo or video was taken.
REQUEST NO. 7:
Please provide documents sufficient to show all repair or maintenance work conducted at 5298 Tullis Dr. during the year prior to Ms. Joseph's tenancy, and during Ms. Joseph's tenancy, including but not limited to work orders, invoices, receipts, written communication with contractors or other professionals, emails, notes, photographs, and videos taken at the leased premises.

In addition, please provide the following:

ANSWER TO REQUEST NO. 2 See Answer to Request No. 2 King versus Joseph 2nd City Court Case No.2020-00618 Rule for Possession of Premises and Notice of Judgment - You included a duplicate document in the zip file instead of the referenced documents. Please resend.

Answers to RFP 7, 8 and 9- Your response stated not currently available. I don't understand if this means that the records exist and are inaccessible, or that there are no records. Please clarify and forward responsive records.

**Can you get me responsive documents by Friday, October 20, 2023? I'd like to set a discovery conference for the following week in the event that discovery remains outstanding- please send me 2-3 times that work for you. In addition, please send me some dates in the next 45 days that work for Mr. King to be deposed.**

Thanks so much in advance, and please give me a call if you want to discuss.

Hannah Adams, Esq.

Staff Attorney

Southeast Louisiana Legal Services

hadams@slls.org

(504) 529-1000 x. 258

*Pronouns: she/her/hers*

**Confidentiality Notice**

This electronic mail transmission and the documents accompanying it might contain confidential information belonging to the sender and protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any use of or action in reliance on the contents of this transmission is strictly prohibited.

**IF YOU RECEIVED THIS TRANSMISSION IN ERROR**, PLEASE NOTIFY US IMMEDIATELY.

**EXHIBIT A-5**

**M** Gmail

Hannah Adams <hadams@slls.org>

---

## Joseph v. King- Summary of discovery conference

**Hannah Adams** <hadams@slls.org>                    Wed, Oct 25, 2023 at 12:07 PM
To: BELHIA MARTIN <belhiamartin@bellsouth.net>
Cc: Amelie Daigle <adaigle@slls.org>, elizabeth harvey <eharvey@slls.org>

Hi Ms. Martin,

Thank you for going through the requested outstanding discovery items from my October 10 email in our discovery conference this morning. You agreed that you could get me the outstanding items, if they exist, on or before November 3, 2023. I mentioned that I have to file my motion to compel on November 7, 2023 so as to get a November 22 submission date. The outstanding items we discussed are pasted again below for your reference.

Given my departure in mid-December I am cc'ing Elizabeth Harvey and Amelie Daigle, attorneys in my office who will likely cover this case in my absence, just to keep them in the loop.

Thanks,
Hannah

-----
1. Bank statements and deposit images from Kevin King showing money order deposits from 9/2015-9/2020, as well as any additional receipt book or other payment records that may be in the possession of Kevin King. This is necessary because Ms. King could not identify which payments were made from her receipt book. This is responsive to:
REQUEST NO. 6:
Please provide documents sufficient to show all payments made by Ms. Joseph and/or any person or entity on her behalf to Defendants pursuant to her tenancy at 5298 Tullis Dr., and the purpose of the payments. Documents sought include but are not limited to receipts, money order copies, bank records, and/or payment ledgers.

2. Documentation from plumber or other worker who inspected the upstairs bathroom and determined there was a leak from the bathtub. This is responsive to:
REQUEST NO. 7:
Please provide documents sufficient to show all repair or maintenance work conducted at 5298 Tullis Dr. during the year prior to Ms. Joseph's tenancy, and during Ms. Joseph's tenancy, including but not limited to work orders, invoices, receipts, written communication with contractors or other professionals, emails, notes, photographs, and videos taken at the leased premises.

3. Documentation from professional who completed AC repairs. This is responsive to:
REQUEST NO. 7:
Please provide documents sufficient to show all repair or maintenance work conducted at 5298 Tullis Dr. during the year prior to Ms. Joseph's tenancy, and during Ms. Joseph's tenancy, including but not limited to work orders, invoices, receipts, written communication with contractors or other professionals, emails, notes, photographs, and videos taken at the leased premises.

4. Any photos showing condition of property when Ms. Joseph first moved into the property. This is responsive to:
REQUEST NO. 10:
Please provide all photos and videos taken of the leased premises at 5298 Tullis Dr. during Ms. Joseph's tenancy, including the associated metadata showing when the photo or video was taken.
REQUEST NO. 7:
Please provide documents sufficient to show all repair or maintenance work conducted at 5298 Tullis Dr. during the year prior to Ms. Joseph's tenancy, and during Ms. Joseph's tenancy, including but not limited to work orders, invoices, receipts, written communication with contractors or other professionals, emails, notes, photographs, and videos taken at the leased premises.

In addition, please provide the following:

ANSWER TO REQUEST NO. 2 See Answer to Request No. 2 King versus Joseph 2nd City Court Case No.2020-00618 Rule for Possession of Premises and Notice of Judgment - You included a duplicate document in the zip file instead of the referenced documents. Please resend.

Answers to RFP 7, 8 and 9- Your response stated not currently available. I don't understand if this means that the records exist and are inaccessible, or that there are no records. Please clarify and forward responsive records.

Hannah Adams, Esq.

Staff Attorney

Southeast Louisiana Legal Services

hadams@slls.org

(504) 529-1000 x. 258

*Pronouns: she/her/hers*

### Confidentiality Notice

This electronic mail transmission and the documents accompanying it might contain confidential information belonging to the sender and protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any use of or action in reliance on the contents of this transmission is strictly prohibited.

**IF YOU RECEIVED THIS TRANSMISSION IN ERROR**, PLEASE NOTIFY US IMMEDIATELY.


**20231025115247514.pdf**
106K