# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ELAINE JOSEPH, and ELAINE JOSEPH, individually, | CIVIL ACTION |
| | Docket No. 22-1225 |
| Plaintiffs, | District Judge: Hon. Judge Jay C. Zainey (Section A) |
| v. | |
| KEVIN C. KING, SHEILA A. KING, and KEVIN LOGAN KING, | Magistrate Judge: Hon. Judge Donna Phillips Currault (Div. 2) |
| Defendants. | |

## RULE 37 (a)(1) CERTIFICATION

I, Hannah Adams, certify:

1. I issued Plaintiff's First Interrogatories and Requests for the Production of Documents on May 8, 2023.

2. Having received no finalized discovery responses, the parties participated in a discovery conference on June 20, 2023. Defense counsel said that all requested discovery would be sent on June 22, 2023.

3. Defense counsel produced partial discovery responses on June 23, 2023.

4. On October 10, 2023 counsel notified Defendant through counsel of discovery deficiencies brought to light by the deposition of Sheila King, taken that day.

5. The parties had a second discovery conference on October 25, 2023. Defense counsel agreed to provide any responsive documents by November 3, 2023.

6. I received no supplemental responses following this discovery conference, but was verbally told by defense counsel that there were no responsive documents.

/s/ Hannah D. Adams
Hannah D. Adams, LSBA # 36343