# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ELAINE JOSEPH, and ELAINE JOSEPH, individually, <br><br>            Plaintiffs, <br>v. <br><br>KEVIN C. KING, SHEILA A. KING, and KEVIN LOGAN KING, <br><br>            Defendants. | CIVIL ACTION <br><br> Docket No. 22-1225 <br><br> District Judge: Hon. Judge Jay C. Zainey (Section A) <br><br> Magistrate Judge: Hon. Judge Donna Phillips Currault (Div. 2) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion to Compel is set for submission before the Honorable Judge Donna Phillips Currault, in the United States District Court for the Eastern District of Louisiana, on November 29, 2023 at 11:00 AM.

                                            Respectfully submitted,

                                            SOUTHEAST LOUISIANA LEGAL SERVICES

                                            By:_/s/ Hannah Adams_____
                                            Hannah Adams, Esq., LSBA # 36343
                                            1340 Poydras St. Suite 600
                                            New Orleans, Louisiana 70112
                                            Telephone: (504) 529-1000 x 258
                                            Fax: (504) 596-2241
                                            hadams@slls.org

                                            *Attorney for Defendant/Relator Elaine Joseph*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent to Defendant through counsel of record through the CM/ECF electronic notice system on the 7th day of November, 2023.

/s/ Hannah D. Adams

Hannah Adams, LSBA # 36343