# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. ELAINE JOSEPH, and ELAINE JOSEPH, individually, <br><br> Plaintiffs, <br> v. <br><br> KEVIN C. KING, SHEILA A. KING, KEVIN LOGAN KING, and FOREMOST INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION <br><br> Docket No. 22-1225 <br><br> District Judge: Hon. Judge Jay C. Zainey (Section A) <br><br> Magistrate Judge: Hon. Judge Eva J. Dossier |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2) and pursuant to this Court's May 15, 2024 Order (Rec. Doc. 63), Relator ELAINE JOSEPH notifies the Court that the settlement has been consummated and moves to voluntarily dismiss this matter.

Ms. Joseph's moves for her first cause of action under the False Claims Act, 31 U.S.C. § 3729, to be dismissed WITHOUT PREJUDICE to the United States, pursuant to the Notice and Consent filed by same at Rec. Doc. 61.

Ms. Joseph moves for all other causes of action stated in the Complaint, First Amended Complaint, and Second Amended Complaint to be dismissed WITH PREJUDICE.

Respectfully submitted,

By:_/s/ Hannah Adams_____
Hannah D. Adams, LSBA # 36343
SOUTHEAST LOUISIANA LEGAL SERVICES
1340 Poydras St. Suite 600
New Orleans, LA 70112
Telephone: (504) 529-1000 x 258
Fax: (504) 596-2241
hadams@slls.org
*Attorney for Relator Elaine Joseph*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and Defendants' counsel was notified electronically on the 17th day of June, 2024.

/s/ Hannah D. Adams